UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-23477 |
| | § | |
| COMMERCE BANCORP, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 06/30/2016, in Courtroom 644, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/08/2016           By: /s/ Horace Fox, Jr.
             6/9/16                    Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 09-23477 |
|---|---|---|
| COMMERCE BANCORP, INC. | § § § § | |
| Debtor(s) | § | |

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*   $408,479.79
*and approved disbursements of*   $201,052.88
*leaving a balance on hand of*[1]:   $207,426.91

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:   $0.00
Remaining balance:   $207,426.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Trustee Fees | $23,673.99 | $18,200.00 | $5,473.99 |
| Bruce de'Medici and Belongia, Shapiro & Franklin LLP, Attorney for Trustee Fees | $7,649.50 | $7,649.50 | $0.00 |
| Bruce de'Medici and SmithAmundsen LLC, Attorney for Trustee Expenses | $10.94 | $10.94 | $0.00 |
| Popowcer Katten LTD and Lois West, Accountant for Trustee Fees | $30,619.50 | $0.00 | $30,619.50 |
| Lois West, Popowcer Katten LLP, Accountant for Trustee Expenses | $73.97 | $0.00 | $73.97 |
| Other: Bruce de'Medici and SmithAmundsen LLC, Attorney for Trustee Fees | $19,760.00 | $19,760.00 | $0.00 |
| Other: Bruce de 'Medici, Attorney for Trustee | $57,150.00 | $42,167.50 | $14,982.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| Fees | | | |
|---|---|---|---|

                Total to be paid for chapter 7 administrative expenses:     $51,149.96
                                                         Remaining balance:     $156,276.95

    Applications for prior chapter fees and administrative expenses have been filed as follows: NONE


                Total to be paid to prior chapter administrative expenses:     $0.00
                                                         Remaining balance:     $156,276.95

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are: NONE


                                  Total to be paid to priority claims:     $0.00
                                                           Remaining balance:     $156,276.95

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $49,237,714.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Wayne Hummer Trust Company NA | $400.00 | $0.00 | $1.28 |
| 2 | Bank of America, N.A. | $10,599,981.57 | $0.00 | $33,643.57 |
| 4 | US Bank Nat'l Association, as Indenture Trustee | $11,078,267.15 | $0.00 | $35,161.62 |
| 5 | Financials Restructuring Partners, Ltd. C/O HoldCo Advisors, L.P. | $10,000,000.00 | $0.00 | $31,739.28 |
| 6 | Wells Fargo Bank National | $6,471,606.10 | $0.00 | $20,540.41 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| | Association | | | |
| 8 | U.S. Bank Nat'l Assn, as t'ee Institutional | $11,087,459.33 | $0.00 | $35,190.79 |

        Total to be paid to timely general unsecured claims:     $156,276.95
        Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

        Total to be paid to tardily filed general unsecured claims:     $0.00
        Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

        Total to be paid for subordinated claims:     $0.00
        Remaining balance:     $0.00

        Prepared By: /s/ Horace Fox, Jr.
                        Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

## **CERTIFICATION OF SERVICE**

I, Horace Fox, Jr., hereby certify that I served a copy of this Notice of Amended Trustee's Final Report and Application For Compensation and Deadline to Object by e-mail at the addresses listed and to the below parties on 6.9.16 at 5:00 p.m. by depositing same in the U.S. Mail at State and Monroe, Chicago, Illinois, postage prepaid.

/s/ Horace Fox
For Lehman and Fox

**Office of the US Trustee**
USTPRegion11.es.ecf.@usdoj.gov

**Daniel Brown**
**Brown Legal Services, LLC**
daniel@brownlegal.net

**Thomas S. Kiriakas**
**Mayer Brown LLP**
tkiriakos@mayerbrown.com

**Matthew A. Olins**
**Duane Morris LLP**
maolins@duanemorris.com

**Travis Rojakovick**
**Mayer Brown LLP**
trojakovick@mayerbrown.com

Rue K. Toland
Mayer Brown LLP
rtoland@mayerbrown.com

James R. Irving
DLA Piper LLP US
jim.irving@dlapiper

Brian E. Miner
Pederson & Haupt
bminer@pedersonhoupt.com
Alan P. Solow
DLA Piper LLP US
alan.solow@dlapiper

Bruce de 'Medici
bdemedici@bdmlawgroup.com

Robert.Lynch@Illinois.gov
James D. Newbold@Illinois.gov

By first class mail

Wayne Hummer Trust Co., NA
% Ann Weisbrock
25 East First
Hinsdale IL 60521

Bank of America, NA
231 South La Salle, IL1-231-19
Chicago IL, 60604-1426

Commerce Bankcorp, Inc.,
5500 St Charles Road
Berkley IL 60163-1216

First Deposit Ins., Corp.
William B. Guthrie
203 S. La Salle #1900
Chicago IL 60601

US Bank Nat'l Assn, as Indenture Trustee
One Federal Street, 3rd
Boston MA 02110

Financial Restructuring Partners, Ltd
32 Broadway, #1112
New York NY 10004-1720

Wells Fargo Bank NA
Corporate TR Serv, MAC N9311-1
Minneapolis MN 55479

Illinois Dept of Revenue
Bankruptcy Section
POB 64338
Chicago IL 60664-0338


Horace Fox, Jr., trustee
#0856282
Lehman and Fox
6 E. Monroe, Ste. 1004
Chicago IL 60603
(312) 332-5642