## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 09-23477 |
| ) | Chapter 7 |
| Commerce Bank Corp Inc. ) | |
| ) | |
| ) | |
| Debtor ) | Hon. Pamela Hollis |
| ) | |

### NOTICE OF DEPOSIT OF SMALL DIVIDENDS

Horace Fox, Jr., as trustee for the estate of Commerce Bank Corp., Inc., and pursuant to the Final Report that he filed in this case, issues payment to Clerk Of the U.S. Bankruptcy court as appears below, pursuant to 11 U.S.C. 726. Those funds are small dividends. Accordingly, Horace Fox, Jr., as the Trustee, will deposit those funds with the Clerk of the Bankruptcy Court, 219 South Dearborn Street, Chicago, IL 60604. Notice of the forgoing is provided to you in this document.

| Claimant | Amount |
|---|---|
| Commerce Bank Corp., Inc. | $1.28 |

Total: $ 1.28

Date: 8/11/16                          Signature: /s/ Horace Fox Jr.

Horace Fox, Jr.
Lehman and Fox
6 East Monroe, Suite 1004
Chicago, IL 60603
312-332-5642
#856282