# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.09-23477 |
| | ) | Chapter 7 |
| **COMMERCE BANCORP, INC** | ) | |
| | ) | |
| Debtor | ) | Hon.  Pamela S. Hollis |
| | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Horace Fox, Jr., as trustee for the estate of **COMMERCE BANCORP, INC** and pursuant to the Final Report that he filed in this case, issues payment to Clerk Of the U.S. Bankruptcy court as appears below, pursuant to 11 U.S.C. 726. Those funds are unclaimed funds. Accordingly, Horace Fox, Jr., as the Trustee, will deposit those funds with the Clerk of the Bankruptcy Court, 219 South Dearborn Street, Chicago, IL 60604. Notice of the forgoing is provided to you in this document.

| Claimant | Amount |
|---|---|
| US BANK NAT'L ASSOCIATION,AS INDENTURE TRUSTEE | $35,161.62 |
| FINANCIAL RECOSTRUCTION PARTNERS,LTD. | $31,739.28 |
| WELLS FARGO BANK NATIONAL ASSOCIATION | $20,540.41 |
| TOTAL | $87,441.31 |

 /s/ Horace Fox Jr.
Signature Horace Fox, Jr.#856282                             Date:  11/18/2016
Lehman and Fox
6 East Monroe, Suite 1004
Chicago, IL 60603
312-332-5642