**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-23477 |
| | § | |
| COMMERCE BANCORP, INC. | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $156,276.95 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $252,202.84 | | |

3)      Total gross receipts of $408,479.79  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $408,479.79 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $676,024.36 | $252,202.84 | $252,202.84 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $52,992,766.15 | $38,159,447.00 | $156,276.95 |
| **Total Disbursements** | $0.00 | $53,668,790.51 | $38,411,649.84 | $408,479.79 |

4). This case was originally filed under chapter 7 on 06/29/2009.  The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2018                    By:    /s/ Horace Fox, Jr.

                                                              Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Proceeds from deferred comp program(Rabbi trust) | 1221-000 | $307,399.84 |
| Judy Baar Topinka IL Tax refund | 1224-000 | $43.77 |
| tax refund | 1224-000 | $100,000.00 |
| Interest Earned | 1270-000 | $1,036.18 |
| **TOTAL GROSS RECEIPTS** | | $408,479.79 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Trustee | 2100-000 | NA | $23,673.99 | $23,673.99 | $23,673.99 |
| Arthur B. Levine Company | 2300-000 | NA | $421.54 | $421.54 | $421.54 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $294.88 | $294.88 | $294.88 |
| International Sureties, LTD. | 2300-000 | NA | $1,091.37 | $1,091.37 | $1,091.37 |
| Green Bank | 2600-000 | NA | $26,457.15 | $26,457.15 | $26,457.15 |
| Illinois Department of Revenue | 2820-000 | NA | $508,821.52 | $85,000.00 | $85,000.00 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $57,150.00 | $57,150.00 | $57,150.00 |
| Bruce de'Medici and Belongia, Shapiro & Franklin LLP, Attorney for Trustee | 3210-000 | NA | $7,649.50 | $7,649.50 | $7,649.50 |
| Bruce de'Medici and SmithAmundsen LLC, Attorney for Trustee | 3210-000 | NA | $19,760.00 | $19,760.00 | $19,760.00 |
| Bruce de'Medici and SmithAmundsen LLC, Attorney for Trustee | 3220-000 | NA | $10.94 | $10.94 | $10.94 |
| Popowcer Katten LTD and Lois West, Accountant for | 3410-000 | NA | $30,619.50 | $30,619.50 | $30,619.50 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| Trustee | | | | | | |
| Lois West, Popowcer Katten LLP, Accountant for Trustee | 3420-000 | | NA | $73.97 | $73.97 | $73.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $676,024.36 | $252,202.84 | $252,202.84 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wayne Hummer Trust Company NA | 7100-000 | $0.00 | $400.00 | $400.00 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 1; Wayne Hummer Trust Company NA) | 7100-001 | $0.00 | $0.00 | $0.00 | $1.28 |
| | Clerk, US Bankruptcy Court (Claim No. 1; Wayne Hummer Trust Company NA) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.81 |
| 2 | Bank of America, N.A. | 7100-000 | $0.00 | $10,599,981.57 | $10,599,981.57 | $55,475.40 |
| 3 | Federal Deposit Insurance Corporation | 7100-000 | $0.00 | $3,755,052.00 | $0.00 | $0.00 |
| 4 | US Bank Nat'l Association, as Indenture Trustee | 7100-000 | $0.00 | $11,078,267.15 | $0.00 | $0.00 |
| 5 | Financials Restructuring Partners, Ltd. C/O HoldCo Advisors, L.P. | 7100-000 | $0.00 | $10,000,000.00 | $10,000,000.00 | $0.00 |
| | CLERK, U.S. BANKRUPTCY COURT (Claim No. 5; Financials Restructuring Partners, Ltd. C/O | 7100-001 | $0.00 | $0.00 | $0.00 | $31,739.28 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | HoldCo Advisors, L.P.) | | | | | |
| 6 | Wells Fargo Bank National Association | 7100-000 | $0.00 | $6,471,606.10 | $6,471,606.10 | $33,869.39 |
| 8 | U.S. Bank Nat'l Assn, as t'ee Institutional | 7100-000 | $0.00 | $11,087,459.33 | $11,087,459.33 | $35,190.79 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $52,992,766.15 | $38,159,447.00 | $156,276.95 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

Page No:   1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Exhibit 8

**ASSET CASES**

| Case No.: | 09-23477 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | COMMERCE BANCORP, INC. | | Date Filed (f) or Converted (c): | 06/29/2009 (f) |
| For the Period Ending: | 3/31/2018 | | §341(a) Meeting Date: | 08/20/2014 |
| | | | Claims Bar Date: | 11/18/2014 |

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description** **(Scheduled and** **Unscheduled (u) Property)** | | **Petition/** **Unscheduled** **Value** | **Estimated Net Value** **(Value Determined by** **Trustee,** **Less Liens, Exemptions,** **and Other Costs)** | **Property** **Abandoned** **OA =§ 554(a) abandon.** | **Sales/Funds** **Received by the** **Estate** | **Asset Fully** **Administered (FA) /** **Gross Value of** **Remaining Assets** |
| **Ref. #** | | | | | | | |
| 1 | Proceeds from deferred comp program(Rabbi trust) | **(u)** | $0.00 | $307,399.84 | | $307,399.84 | FA |
| **Asset Notes:** | deferred comp plan proceeds. | | | | | | |
| 2 | tax refund | **(u)** | $0.00 | $100,000.00 | | $100,000.00 | FA |
| **Asset Notes:** | possible tax refund from loss carry backs in this involuntary. Pursuant to order of 01.07.2010 funds received from tax loss carrybacks shall be deposited into escrow account approved in order of that date.  The FDIC and I will then determine who has a better claim to the. Currently, as of 11.15.2010 3 accounts in the name of FDIC as  receiver for National Bank of Commerce and Horace Fox as Chap 7 Ttee for Commerce Bankcorp Inc. Segregated A/C<br><br>The PrivateBank<br>#2265842 Bus Now $2,097,310.05<br>#2266123Bus checking account  $713,679.04 and<br>#3167712 Business Money Market  $245,384.00<br><br>There have been settlement discussions at the $100,000 amount as of 4.10.12 | | | | | | |
| 3 | Judy Baar Topinka IL Tax refund | **(u)** | $0.00 | $0.00 | | $43.77 | FA |
| INT | Interest Earned | **(u)** | Unknown | Unknown | | $1,036.18 | FA |

**TOTALS (Excluding unknown value)**                                                                               **Gross Value of Remaining Assets**

|  | $0.00 | $407,399.84 | | $408,479.79 | $0.00 |
|---|---|---|---|---|---|

---

**Major Activities affecting case closing:**

1.1.18 check #5022, in amount of 21,831.83 to BOA to address on claim was returned 3.6.18.

I called John Schuessler who gave me the correct address:  135 So. LaSalle, Chgo, 60603, IL 4-135-11-43.  The address on the claim was 231 S. LaSalle, IL1-231-19

Supplemental proposed distribution report submitted UST.

11.21.17 $31,739.28 sent to Clerk.

Tes conformed to bank statement 3.10.17

66,900.90 in account after 20,450.41  deducted from nsf amout of 87441.31.  Conform banking to show these figures.

Got a call from Mara, at Reed Smith, that she needed a replacement check for #5018 in the amount of $20,540.41, as it was stale.  I told her I needed to research the issue and would call her.  Shortly after 1:00 pm  I called her and later e-mailed her that #5018 had been cashed and cleared the bank on 11.18.2016, per my bank, Green Bank.

Respond  within 10 days of today to UST inquiry into 87k check nsf to clerk.

87, 441.31 to bankruptcy court will not clear b/c  check for 20,540.41 cleared two days before I deposited large check with bankruptcy court.  Called court, spoke to Mr. Horn indicating 87k check nsf due to 20k check having been cashed 11.18.16.  He will await nsf and call next week.  File new unclaimed funds report in amount of 66,900.90

US Bank filed claims 4 and 8 which amended 4.  Funds paid US Bank on account of claim 4 will be returned to be redistributed.

BOA check came back.  Spoke to John Shussler, who said they moved to 135 So La Salle, IL1-4-135-11-43, Chgo IL 60603,  Resent 8.15.16.

Checks printed

Fielded questions re amended final report from attorney for BOA, Tim Wheeler.  He was satisfied with the responses.

Must file fee apps for 8.2.16 hearing final report and fees.

Amended final report and fee hearing set 6.30.16 in court.

**FORM 1**

Page No:   2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| **Case No.:** | 09-23477 | |
| **Case Name:** | COMMERCE BANCORP, INC. | |
| **For the Period Ending:** | 3/31/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | Horace Fox, Jr. | |
| **Date Filed (f) or Converted (c):** | 06/29/2009 (f) | |
| **§341(a) Meeting Date:** | 08/20/2014 | |
| **Claims Bar Date:** | 11/18/2014 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

Voicemail message from Wells Fargo (unsecured) asking rationale for excluding it from distribution.  Two claims bar dates First 3.30.10 and second 11.18.14 (second date in notice of 341 meeting and not result of initial asset report).  Claims 4,5 and 5 including Wells filed after 3.30.10

Made requested changes on this final report (show kind of account funds were in and change claims 4,5,6 and 8 tonon tardily filed claims and claims bar date to 11.18.14

Called Comerica, successor Bank to Sterling, asked for CD statement for #212039 for 2/10 statement.  Was told it was not available.

Examine claims filed in response to 341 notice claims bar date (2nd) and object as needed.

IDR claim settled at 85,000, to be paid bf end of year.

Authorized counter of $70,000. to settle IDR claim.

$50,000 offer made to settle IDR claim 7.

Hearing set 12.15.15, briefing to occur in the interim.

Hearing set on IDR claim  7.28.15

Remainder of de 'Medici fee request granted and 7.28.15 set for hearing on claim objection.

IDR objects to payment of Mr. de 'Medici's fee request because if IDR claim is upheld and this case will be administratively insolvent 340k in the account IDR claim in excess of $500,000.  We discussed the cases supporting and and those contrary to the IDR position.

IDR claim objection, 4.30.15.

IDR claim objection continued to 2.17.15.

IDR claim objection set in court 1.13.15.

Expect IDR claim objection to be filed 12.8.14

Read draft objection (IDR) sent for comment.

Had conversation with Aaron Gavant (BOA) regarding timing of filing of amended returns and the objection to claim of ILDR.  11.5.14

Asked attorney to hire accountant and file objection to IDR claim.  Asked accountant to amend the two returns that will require amendment 9.29.14

Awaiting a response from IDR of our objection to its claim, which resolution will require amending two returns. 9.26.2014

 Creditor's meeting held 8.20.14, no new creditors appeared. meeting concluded, on date of meeting.

Illinois Department of Revenue claim must be objected to and 2 year's tax returns need to be amended, since the holding company and the debtor no longer qualify to file an integrated return. 7.21.14

341 meeting set for 8.20.14 in this involuntary case.  7.21.14

Since bank and holding company no longer qualify to file as a single integrated entity, object to IDR claim and file amended tax return for 2 years. 6.6.14

File objection to large IDR claim on basis that FDIC received all but $100k settlement and great majority of refunds went to it.  It should be taxed.  Mr. Solow will support this objection. 5.12.14

Schedules filed 5.15.14

Consultation with Ms. West, accountant indicates that we amend the Illinois return from 2011 and 2012, then file a separate return for the parent and the bank.  Since the parent has a loss for 2011 and the sub bank income would not be subject to tax based on FDIC theory, we should not have to disturb the federal consolidated return and this would have no effect on the refunds we received.  The purpose is to illustrate that once the FDIC become the receiver of the debtor, that our business activities were no longer integrated and dependent and did not qualify for  consolidated return treatment.   Schedule a meeting with counsel for FDIC, Mr. Solow to explain the theory and plan of action to get his buy in.5.27.15

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No.: | 09-23477 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | COMMERCE BANCORP, INC. | | Date Filed (f) or Converted (c): | 06/29/2009 (f) |
| For the Period Ending: | 3/31/2018 | | §341(a) Meeting Date: | 08/20/2014 |
| | | | Claims Bar Date: | 11/18/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Provided information and w-9 to bank to get check.5.30.13

Deposited settlment check 5.31.13

Funds transferred to FDIC

Attorney working on fees for final report check with accounant re final return. 8.9.13

Final tax returns filed 9.9.13 and last receipt, state income tax refund deposited 9.5.13.

Requested attorney object BOA secured claim. 10.9.13

Schedules must be file in this involuntary chapter 7.  2.20.24

Bank of America claim can be treated as unsecured, for distribution purposes, see Gavant e-mail of 2.24.14.

$508,000+ admin tax claim filed late by ILDR (3.30.14)  Sent e-mail to Mr. de 'Medici to object, renders case administratively insolvent.
GO BACK AND CHANGE THE T CODE AND FORM 2 MEMO IN THE COMMERCE BANK CORP DEPOSIT FOR 100K
Commerce, interim tee fees, reviewed initial draft of compromise agreement. 11.27.12


Since 12.26.12 to today, I have received 20+ emails from something called Holdco, which apparently attempts to buy litigation claims out of
bankruptcy estates.  Over this weekend after a conversation on Friday, 1.4.13 where we told them to present a non conditional offer, with proof of
ability to pay.  They want our continuing litigtion help ( turnover of documents and other conditions precedent ).  Today's offer is 25% more than the
FDIC offer, but still has conditions.  If we move on this, we will offer a quite claim deed.  Holdco has filed an objection to our motion to compromise
with the FDIC.1.7.13


Received final tax notice from IL, ($494,748.10) penalties assessed. If no full payment by 1.23.13 costs of collection to be assessed.  Reply 1.7.13
12.1.12 reviewed final motion to compromise.
Motion to compromise set 1.10.2013

FDIC objects to Holdco offer/ Holdco won't close.  We take the FDIC offer. 1.18.13.

Had conversation with Holdco and its attorneys, whose 125,000 offer I turned down, due to amount of time spent in last 6 weeks and likelihood of
additional briefing, litigation if 125,000 offer is accepted.  Holdco verbally suggested they would offer 150,000.  A fact they did not disclose, untill
their lower offer had been rejected. 2.15.13  Another conference call set for 3 pm 2.18.13m, presumably to consider a written 150,000 offer. 3/10 hour
Holdco call, 1.5/10 attorney.

FDIC filed response to Holdco objection to motion to approve settlement with FDIC, hearing set over to 2.19.13.

Holdco will withdraw its objection to the approval of the FDIC offer.  It will also withdraw its offer. 2.27.13

The motion to compromise with the FDIC and Holdco's objection is set for 2.28.13 at 10:45 am. Granted draft order to follow, 1 week.

Reviewed draft settlment order.  3.5.13

5.13.13 reviewed final settlement agreement.  Deliver to FDIC counsel Solow.

**FORM 1**

Page No:   4

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Exhibit 8

**ASSET CASES**

| Case No.: | 09-23477 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | COMMERCE BANCORP, INC. | Date Filed (f) or Converted (c): | 06/29/2009 (f) |
| For the Period Ending: | 3/31/2018 | §341(a) Meeting Date: | 08/20/2014 |
| | | Claims Bar Date: | 11/18/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Tax sharing agreement.  Who is entitled to tax refund.  The default is that if a signed copy is on in the FDIC records, then FDIC has a right to the money.  I have problems with that theory because, FDIC controls what it puts in its files.  Identical issue in Corus bank bk.   Kirkland reps bank holding co.   Kirkland filed 2 adversaries in bk court which were removed to District Court.

Received 897,808.47 2.23.11 to deposit into stip account/not trustee acct.

There is significant amount of money in the stipulated account in the name of myself and the FDIC and we continue to attempt to determine who has a better claim to those funds. 11.2.11

Motion for civil contempt v. Republic Bank 1.18.12

Tax sharing agreement not found in official FDIC records, which means we are in settlment mode.  Request status.  3.11.12

We have had settlement discussions with the FDIC at the 75,000 level 4.5.12

The last offer on the table was at $100,000.  To establish a superior claim to the funds, the FDIC had to have in its files a copy of a tax sharing agreement.  After exhaustive search, none could be found. 4.10.12

Need status of latest offer. 6.29.12

Reviewed draft settlement motion on refund issue with FDIC. 10.6.12.
Issues to be resolved are getting schedules filed and examining tax returns for possible tax loss carryback funds.
Signed the Wintrust papers to transfer funds to Wintrust. 01.14.2011.

The FDIC is conducting a search of its documents to determine if it has certain documentary proof in its official file.  If it does not, our claim is compromised.  Research this point. 11.2.11
No 341 held.  Involuntary, no schedules filed.  Collecting money in escrow account to fight with FDIC to determine who has right to funds. 01.08.11
The issue of who, the FDIC or the bankruptcy estate, has a superior right to the tax loss carryback funds is an issue of first impression.12.10.10.
Recieved checks in large amounts of     . Delivered to BDM and he deposited them on 10/13/2010.
5.20.10 Lois West has been in communication with James Scanlon (former accountant, Commerce) who will prepare the the return from info from the FDIC. Lois West will prepare the holding company portion and the consolidated return (2009) in preparation for preparing the loss carryback claims.

Amended return for 2009 prepared and filed before 9.15.2010 deadline for substantial refund.  Looking at 2008.
Have applied to be outside cousnel to FDIC, must disclose this case as possible conflict, perhaps resign.
3.15.10 meeting with FDIC counsel, Alan Solow to discuss the theories of why bk estate is entitled to any and all tax refunds.  Also need to find former officer, who can help us get schedules filed.  Emailed BDM 3.8.10.
Look for tax loss carry backs and ins.  Must look for former officer of this failed bank to get schedules filed in this involuntary.
Stipulation to deposit refund funds and other funds into an  escrow account, controlled by the stipulation, entered 01.07.10.
This is an involuntary filed by the creditors of a bank that has been taken over by the FDIC.  There may be two assets, the corpus of a Rabbi trust and possibly significant income tax returns.  There will be a fight as to whether I am entitled to such refunds.  We have agreed to secure the money and then argue about who has title to it.   Must find a former officer or some one sufficiently familiar with the former bank's business to get schedules filed and hold 341. Sent demand for turnover of Deferred Comp Plan to Wayne Hummer Trust, Ann Wiesbrock, by fax, e-mail and FedEx. Got Wayne Hummer funds, deposited into cd.
There are two Rabbi Trusts that are being investigated.  We need schedules to be filed in this involuntary, by a former officer.

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 10/30/2013 | /s/ HORACE FOX, JR. |
| Current Projected Date Of Final Report (TFR): | 04/28/2016 | HORACE FOX, JR. |

Page No: 1          Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-23477 | |
| **Case Name:** | COMMERCE BANCORP, INC. | |
| **Primary Taxpayer ID #:** | **-***7397 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/29/2009 | |
| **For Period Ending:** | 3/31/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7701 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $280,493.83 | | $280,493.83 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $102.20 | $280,391.63 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $452.46 | $279,939.17 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $466.30 | $279,472.87 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $421.88 | $279,050.99 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $435.77 | $278,615.22 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $449.60 | $278,165.62 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $448.87 | $277,716.75 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $268.22 | $277,448.53 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $419.02 | $277,029.51 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $461.46 | $276,568.05 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $417.50 | $276,150.55 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $445.62 | $275,704.93 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $444.90 | $275,260.03 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $429.85 | $274,830.18 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $486.41 | $274,343.77 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $385.58 | $273,958.19 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $442.08 | $273,516.11 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $455.61 | $273,060.50 |
| 11/30/2012 | 5002 | Horace Fox | Interim compensation. Order entered 11/27/2012. | 2100-000 | | $18,200.00 | $254,860.50 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $385.68 | $254,474.82 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $410.64 | $254,064.18 |
| 02/05/2013 | 5003 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $301.40 | $253,762.78 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $370.04 | $253,392.74 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $408.89 | $252,983.85 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $395.07 | $252,588.78 |
| 05/31/2013 | (2) | The private Bank Member FDIC | settlement amount from FDIC | 1224-000 | $100,000.00 | | $352,588.78 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $433.89 | $352,154.89 |
| | | | **SUBTOTALS** | | $380,493.83 | $28,338.94 | |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2          Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | | 09-23477 | | **Trustee Name:** | | Horace Fox, Jr. |
| **Case Name:** | | COMMERCE BANCORP, INC. | | **Bank Name:** | | Green Bank |
| **Primary Taxpayer ID #:** | | **-***7397 | | **Checking Acct #:** | | ******7701 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | DDA |
| **For Period Beginning:** | | 6/29/2009 | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | | 3/31/2018 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $513.27 | $351,641.62 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $567.44 | $351,074.18 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $603.07 | $350,471.11 |
| 09/05/2013 | (3) | Judy Baar Topinka | Tax refund | 1224-000 | $43.77 | | $350,514.88 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $510.87 | $350,004.01 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $564.80 | $349,439.21 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $563.88 | $348,875.33 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $544.81 | $348,330.52 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $598.36 | $347,732.16 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $506.83 | $347,225.33 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $524.16 | $346,701.17 |
| 04/01/2014 | 5004 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $294.88 | $346,406.29 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $541.07 | $345,865.22 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $576.12 | $345,289.10 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $521.24 | $344,767.86 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $556.35 | $344,211.51 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $573.37 | $343,638.14 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $518.75 | $343,119.39 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $589.41 | $342,529.98 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $499.24 | $342,030.74 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $551.93 | $341,478.81 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $568.81 | $340,910.00 |
| 02/26/2015 | 5005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $270.81 | $340,639.19 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $496.88 | $340,142.31 |
| 03/18/2015 | 5006 | Bruce de 'Medici | Payment for Interim Order awarding and authorizing payment of compensation. Order dated 3/17/15. | 3210-000 | | $25,000.00 | $315,142.31 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $514.51 | $314,627.80 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $491.33 | $314,136.47 |
| | | | **SUBTOTALS** | | $43.77 | $38,062.19 | |

FORM 2                                                                                                          Page No: 3                    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-23477 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | COMMERCE BANCORP, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7397 | | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 6/29/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/08/2015 | 5007 | Bruce de 'Medici | Third Interim compensation order dates 4/30/2015 | 3210-000 | | $17,167.50 | $296,968.97 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $489.94 | $296,479.03 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $462.99 | $296,016.04 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $508.49 | $295,507.55 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $446.09 | $295,061.46 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $460.78 | $294,600.68 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $490.73 | $294,109.95 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $443.98 | $293,665.97 |
| 12/15/2015 | 5008 | Illinois Department of Revenue | per court order, 12.15.15, to pay IDR 85,000. in full compromise of its claim | 2820-000 | | $85,000.00 | $208,665.97 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $438.49 | $208,227.48 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $336.01 | $207,891.47 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $313.83 | $207,577.64 |
| 03/04/2016 | 5009 | Arthur B. Levine Company | bond payment 2016 | 2300-000 | | $150.73 | $207,426.91 |
| 08/03/2016 | 5010 | Lois West, Popowcer Katten LLP | Final Account Number: ; Claim #: ; Dividend: 0.03; Amount Allowed: 73.97; Notes: ; Account Number: ; Distribution Dividend: {$v | 3420-000 | | $73.97 | $207,352.94 |
| 08/03/2016 | 5011 | Popowcer Katten LTD and Lois West | Final Account Number: ; Claim #: ; Dividend: 14.76; Amount Allowed: 30,619.50; Notes: through 11.22.2013; Account Number: ; Distribution Dividend: {$v | 3410-000 | | $30,619.50 | $176,733.44 |
| 08/03/2016 | 5012 | Bruce de 'Medici | Final Account Number: ; Claim #: ; Dividend: 7.22; Amount Allowed: 57,150.00; Notes: ; Account Number: ; Distribution Dividend: {$v | 3210-000 | | $14,982.50 | $161,750.94 |
| 08/03/2016 | 5013 | Horace Fox | Trustee Compensation | 2100-000 | | $5,473.99 | $156,276.95 |
| 08/03/2016 | 5014 | Clerk, US Bankruptcy Court | Small Dividends | 7100-001 | | $1.28 | $156,275.67 |
| | | | | **SUBTOTALS** | $0.00 | $157,860.80 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-23477 | | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|---|
| Case Name: | COMMERCE BANCORP, INC. | | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7397 | | | | Checking Acct #: | ******7701 |
| Co-Debtor Taxpayer ID #: | | | | | Account Title: | DDA |
| For Period Beginning: | 6/29/2009 | | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2018 | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/03/2016 | 5015 | Bank of America, N.A. | Final Account Number: ; Claim #: 2; Dividend: 16.21; Amount Allowed: 10,599,981.57; Notes: Asked Mr. Kiriakos, attorney (filed claim) At Mayer Brown to amend to unsecured, since collateral has no value 1.30.2014. Kiriakos has not file amended claim, e- | 7100-000 | | $33,643.57 | $122,632.10 |
| 08/03/2016 | 5016 | US Bank Nat'l Association, as Indenture Trustee | Final Account Number: ; Claim #: 4; Dividend: 16.95; Amount Allowed: 11,078,267.15; Notes: Treat as unsecured claim, by virtue of claims bar date. No request for administrative status made. Notice final report to creditor at claim address.; Account Num | 7100-003 | | $35,161.62 | $87,470.48 |
| 08/03/2016 | 5017 | Financials Restructuring Partners, Ltd. C/O HoldCo Advisors, L.P. | Final Account Number: ; Claim #: 5; Dividend: 15.30; Amount Allowed: 10,000,000.00; Notes: Treat as unsecured non priority claim by virtue of date filed. No request for administrative status made. Notice creditor on final report at claim address. 1.30 | 7100-003 | | $31,739.28 | $55,731.20 |
| 08/03/2016 | 5018 | Wells Fargo Bank National Association | Final Account Number: ; Claim #: 6; Dividend: 9.90; Amount Allowed: 6,471,606.10; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-003 | | $20,540.41 | $35,190.79 |
| 08/03/2016 | 5019 | U.S. Bank Nat'l Assn, as t'ee Institutional | Final Account Number: ; Claim #: 8; Dividend: 16.96; Amount Allowed: 11,087,459.33; Notes: 8 seems to amend 4 (late, filed by same person, nearly same amount) but is not said to amend 4.; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $35,190.79 | $0.00 |
| 11/18/2016 | 5016 | STOP PAYMENT: US Bank Nat'l Association, as Indenture Trustee | Stop Payment for Check# 5016 | 7100-004 | | ($35,161.62) | $35,161.62 |
| 11/18/2016 | 5017 | STOP PAYMENT: Financials Restructuring Partners, Ltd. C/O HoldCo Advisors, L.P. | Stop Payment for Check# 5017 | 7100-004 | | ($31,739.28) | $66,900.90 |
| 11/18/2016 | 5018 | STOP PAYMENT: Wells Fargo Bank National Association | Stop Payment for Check# 5018 | 7100-004 | | ($20,540.41) | $87,441.31 |
| | | | **SUBTOTALS** | | $0.00 | $68,834.36 | |

Page No: 5     Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-23477 | |
| **Case Name:** | COMMERCE BANCORP, INC. | |
| **Primary Taxpayer ID #:** | **-***7397 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/29/2009 | |
| **For Period Ending:** | 3/31/2018 | |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7701 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/18/2016 | 5020 | Office of the Bankruptcy Clerk | Unclaimed Funds | * | | $87,441.31 | $0.00 |
| | | | Claim Amount $(35,161.62) | 7100-001 | | | $0.00 |
| | | | Claim Amount $(31,739.28) | 7100-001 | | | $0.00 |
| | | | Claim Amount $(20,540.41) | 7100-001 | | | $0.00 |
| 03/09/2017 | | Wells Fargo Bank National Association | vheck 5018 cleared bank on..11.18.16....... stop payment made 11.18.2016 incorrectly. This entry reverses stop payment | 7100-000 | | $20,540.41 | ($20,540.41) |
| 03/09/2017 | 5020 | VOID: Office of the Bankruptcy Clerk | check 5020 nsf therefore reason for the void | * | | ($87,441.31) | $66,900.90 |
| | | | Claim Amount $35,161.62 | 7100-003 | | | $66,900.90 |
| | | | Claim Amount $31,739.28 | 7100-003 | | | $66,900.90 |
| | | | Claim Amount $20,540.41 | 7100-003 | | | $66,900.90 |
| 12/08/2017 | | CLERK, U.S. BANKRUPTCY COURT | Unclaimed Dividends | 7100-001 | | $31,739.28 | $35,161.62 |
| 01/03/2018 | 5021 | Clerk, US Bankruptcy Court | Small Dividends | * | | $0.81 | $35,160.81 |
| | | | Claim Amount $(0.81) | 7100-001 | | | $35,160.81 |
| 01/03/2018 | 5022 | Bank of America, N.A. | Final Account Number: ; Claim #: 2; Dividend: 62.08; Amount Allowed: 10,599,981.57; Notes: Asked Mr. Kiriakos, attorney (filed claim) At Mayer Brown to amend to unsecured, since collateral has no value 1.30.2014. Kiriakos has not file amended claim, e- | 7100-000 | | $21,831.83 | $13,328.98 |
| 01/03/2018 | 5023 | Wells Fargo Bank National Association | Final Account Number: ; Claim #: 6; Dividend: 37.90; Amount Allowed: 6,471,606.10; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $13,328.98 | $0.00 |
| | | | **SUBTOTALS** | | $0.00 | $87,441.31 | |

Page No: 6      Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 09-23477 |
| **Case Name:** | COMMERCE BANCORP, INC. |
| **Primary Taxpayer ID #:** | **-***7397 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 6/29/2009 |
| **For Period Ending:** | 3/31/2018 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7701 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $380,537.60 | $380,537.60 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $280,493.83 | $0.00 | |
| | | | **Subtotal** | | $100,043.77 | $380,537.60 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $100,043.77 | $380,537.60 | |

| **For the period of 6/29/2009 to 3/31/2018** | | **For the entire history of the account between 07/25/2011 to 3/31/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $100,043.77 | Total Compensable Receipts: | $100,043.77 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $100,043.77 | Total Comp/Non Comp Receipts: | $100,043.77 |
| Total Internal/Transfer Receipts: | $280,493.83 | Total Internal/Transfer Receipts: | $280,493.83 |
| | | | |
| Total Compensable Disbursements: | $380,537.60 | Total Compensable Disbursements: | $380,537.60 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $380,537.60 | Total Comp/Non Comp Disbursements: | $380,537.60 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-23477 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | COMMERCE BANCORP, INC. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***7397 | | Certificate of Deposits Acct #: | ******2039 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CD |
| For Period Beginning: | 6/29/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/24/2009 | (1) | Wayne Hummer | deferred compensation plan, proceeds of Rabbi trust, Certificate Of deposits | 1221-000 | $307,395.04 | | $307,395.04 |
| 12/08/2009 | (1) | Wayne Hummer | deferred compensation plan proceeds, second installment of $4.80 | 1221-000 | $4.80 | | $307,399.84 |
| 02/22/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $265.28 | | $307,665.12 |
| 04/23/2010 | | Transfer To Acct#******3477 | Bruce de 'Medici fees | 9999-000 | | $19,770.94 | $287,894.18 |
| 04/28/2010 | | Transfer To # ******3477 | Transfer For Bond Payment | 9999-000 | | $263.69 | $287,630.49 |
| 05/23/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $259.76 | | $287,890.25 |
| 08/21/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $248.45 | | $288,138.70 |
| 11/19/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $71.04 | | $288,209.74 |
| 02/17/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $71.06 | | $288,280.80 |
| 03/02/2011 | | Transfer To # ******3477 | Transfer For Bond Payment | 9999-000 | | $258.06 | $288,022.74 |
| 05/18/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $71.02 | | $288,093.76 |
| 06/03/2011 | | Transfer To Acct#******3477 | transfer for de 'Medici fees and costs | 9999-000 | | $7,649.50 | $280,444.26 |
| 07/21/2011 | (INT) | STERLING BANK | Account Closing Interest As Of 7/21/2011 | 1270-000 | $49.57 | | $280,493.83 |
| 07/21/2011 | | Transfer To: # ******3477 | Transfer to Close Account | 9999-000 | | $280,493.83 | $0.00 |
| | | | **SUBTOTALS** | | $308,436.02 | $308,436.02 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-23477 | | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|---|
| Case Name: | COMMERCE BANCORP, INC. | | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***7397 | | | | Certificate of Deposits Acct #: | ******2039 |
| Co-Debtor Taxpayer ID #: | | | | | Account Title: | CD |
| For Period Beginning: | 6/29/2009 | | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2018 | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | TOTALS: | | $308,436.02 | $308,436.02 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $308,436.02 | |
| | | | Subtotal | | $308,436.02 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $308,436.02 | $0.00 | |

| For the period of **6/29/2009** to **3/31/2018** | | For the entire history of the account between **11/24/2009** to **3/31/2018** | |
|---|---|---|---|
| Total Compensable Receipts: | $308,436.02 | Total Compensable Receipts: | $308,436.02 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $308,436.02 | Total Comp/Non Comp Receipts: | $308,436.02 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $308,436.02 | Total Internal/Transfer Disbursements: | $308,436.02 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-23477 | | | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- | --- | --- |
| Case Name: | COMMERCE BANCORP, INC. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***7397 | | | Checking Acct #: | ******3477 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 6/29/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/23/2010 | | Transfer From  Acct#**2039 | transfer Smith Amundson fees | 9999-000 | $19,770.94 | | $19,770.94 |
| 04/23/2010 | 2 | Bruce de'Medici and SmithAmundsen LLC | Pursuant to order entered 4/6/2010 | 3210-000 | | $19,760.00 | $10.94 |
| 04/23/2010 | 3 | Bruce de'Medici and SmithAmundsen LLC | Smith Amundson expenses | 3220-000 | | $10.94 | $0.00 |
| 04/28/2010 | | Transfer From  # **2039 | Transfer For Bond Payment | 9999-000 | $263.69 | | $263.69 |
| 04/28/2010 | 4 | International Sureties, LTD. | Bond Payment | 2300-000 | | $263.69 | $0.00 |
| 03/02/2011 | | Transfer From  # **2039 | Transfer For Bond Payment | 9999-000 | $258.06 | | $258.06 |
| 03/02/2011 | 5 | International Sureties, Ltd. | Bond Payment - No. 01-6026455 | 2300-000 | | $258.06 | $0.00 |
| 06/03/2011 | | Transfer From  Acct#**2039 | transfer Smith Amundson fees | 9999-000 | $7,649.50 | | $7,649.50 |
| 06/03/2011 | 6 | Bruce de'Medici and Belongia, Shapiro & Franklin LLP | Attorney's Fees, Belongia Shapiro & Franklin LLP | 3210-000 | | $7,649.50 | $0.00 |
| 07/21/2011 | | Transfer From:  # **2039 | Transfer to Close Account | 9999-000 | $280,493.83 | | $280,493.83 |
| 07/25/2011 | | Green Bank | Transfer Funds Green Bk. | 9999-000 | | $280,493.83 | $0.00 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | TOTALS: | | $308,436.02 | $308,436.02 | $0.00 |
| | | | Less: Bank transfers/CDs | | $308,436.02 | $280,493.83 | |
| | | | Subtotal | | $0.00 | $27,942.19 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $27,942.19 | |

| For the period of  6/29/2009 to 3/31/2018 | | For the entire history of the account between 04/23/2010 to 3/31/2018 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $308,436.02 | Total Internal/Transfer Receipts: | $308,436.02 |
| | | | |
| Total Compensable Disbursements: | $27,942.19 | Total Compensable Disbursements: | $27,942.19 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $27,942.19 | Total Comp/Non Comp  Disbursements: | $27,942.19 |
| Total Internal/Transfer  Disbursements: | $280,493.83 | Total Internal/Transfer  Disbursements: | $280,493.83 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-23477 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | COMMERCE BANCORP, INC. | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | **-***7397 | | Checking Acct #: | ******3477 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 6/29/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $408,479.79 | $408,479.79 | $0.00 |

**For the period of 6/29/2009 to 3/31/2018**

| | |
|---|---|
| Total Compensable Receipts: | $408,479.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $408,479.79 |
| Total Internal/Transfer Receipts: | $588,929.85 |
| | |
| Total Compensable Disbursements: | $408,479.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $408,479.79 |
| Total Internal/Transfer Disbursements: | $588,929.85 |

**For the entire history of the case between 06/29/2009 to 3/31/2018**

| | |
|---|---|
| Total Compensable Receipts: | $408,479.79 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $408,479.79 |
| Total Internal/Transfer Receipts: | $588,929.85 |
| | |
| Total Compensable Disbursements: | $408,479.79 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $408,479.79 |
| Total Internal/Transfer Disbursements: | $588,929.85 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.